

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, May 21, 2015

No. 04-15-00123-CR

Ex Parte Eric **LUNA**,
Appellant

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2014-W-0464
Honorable Andrew Carruthers, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order denying appellant's application for writ of habeas corpus. On April 21, 2015, this court abated this appeal to the trial court to determine whether appellate counsel should be appointed. On May 19, 2015, a supplemental clerk's record was filed containing an order appointing appellate counsel to represent appellant in this appeal. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. Appellant's brief must be filed no later than twenty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2015.

Keith E. Hottle
Clerk of Court